| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | | FILED IN CLERK'S OFFICE (Eran. Court) U.S. DISTRICT COURT E.D.N.Y. ★ AUG 07 2014 (Rec. Crt) |
|---|---|---|---|
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: James White Eastern District of New York | DISTRICT Northern District of New York | LONG ISLAND OFFICE U.S. Probation- Albany |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Gary L. Sharpe, CUSDCJ | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 9-30-2011 | TO 9-29-2015 |

OFFENSE

21 U.S.C.§§ 846; 841(a)(1) and (b)(1)(B)
Conspiracy to Possess with intent to Distribute and Distribution of 1.5 Kilograms of Cocaine

**CR 14 430**

**BIANCO, J.**

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Northern District of New York"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 9, 2014
Date

Gary L. Sharpe
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge